# Exhibit B

FROM THE OFFICE OF THE
FAMILY AND CONSUMER LAW CENTER

*WWW.RICONSUMERLAW.COM*

CLAUDE F. LEFEBVRE
CHRISTOPHER M. LEFEBVRE, P.C.

*ATTORNEYS & COUNSELORS AT LAW*

June 13, 2006

**VIA OVERNIGHT DELIVERY**

Argent Mortgage Company, LLC
One City Blvd. West
Orange, CA 92868

**Re: Notice of Rescission by Herbert J. Graf, Jr., 20 Grove Ave., Cranston, RI 02910, Loan Number: 0048681324, Closing Date 06/17/2003.**

To Whom It May Concern:

I represent Herbert J. Graf, Jr. concerning the mortgage loan transaction he and his wife entered into with Argent Mortgage Corporation on June 17, 2003. Please be advised that I have been authorized by my client to rescind that transaction and hereby exercise that right pursuant to the Federal Truth In Lending Act, 15 U.S.C. Section 1635 and Regulation Z, Section 226.23.

The primary basis for the rescission is that Mr. Graf was given incomplete and therefore, inaccurate notices of his right to cancel the above consumer credit contract, in violation of 15 U.S.C. Section 1635(a) and Regulation Z, Sections 226.17 and 226.23.

The security interest held by Argent Mortgage Corporation on the Graf's property located at 20 Grove Ave., Cranston, RI is void as of this rescission. Pursuant to Regulation Z, you have twenty days after receipt of this Notice of Rescission to return to my client all monies paid and to take action necessary and appropriate to terminate the security interest.

**Very truly yours,**
**Herbert J. Graf, Jr.,**
**By his Attorney,**

**Christopher M. Lefebvre**
**P. O. Box 479**
**Pawtucket, RI 02862**

cc: Herbert J. Graf, Jr.