UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

HERBERT J. GRAF, JR. :
:
vs. : C.A. No. 06-283 S
:
ARGENT MORTGAGE COMPANY LLC :

DEFENDANT'S ANSWER

Defendant, Argent Mortgage Company LLC hereby answers the plaintiff's Complaint as follows:

1. The defendant makes no answer to the allegations contained in this paragraph insofar as said paragraph states conclusions of law and not factual allegations. If it should be determined that a responsive pleading is required to this paragraph, then the allegations contained in it are denied.

2. The defendant makes no answer to the allegations contained in this paragraph insofar as said paragraph states conclusions of law and not factual allegations. If it should be determined that a responsive pleading is required to this paragraph, then the allegations contained in it are denied.

3. Admitted that the defendant does business in this district. Otherwise, the defendant makes no answer to the allegations contained in this paragraph insofar as said paragraph states conclusions of law and not factual allegations. If it should be determined that a responsive pleading is required to this paragraph, then the allegations contained in it are denied.

4. This defendant is without sufficient information to either admit or deny the allegations contained in this paragraph.

5. Admitted that Argent does business nationally. Otherwise, denied.

6. Admitted.

7. The defendant makes no answer to the allegations contained in this paragraph insofar as said paragraph states conclusions of law and not factual allegations. If it should be determined that a responsive pleading is required to this paragraph, then the allegations contained in it are denied.

8. Admitted that Argent's business is as a wholesaler largely in the sub-prime

market. Otherwise, denied.

9. Admitted that the plaintiff and his wife obtained a loan from Argent on or about June 17, 2003 which was secured by their residence. Otherwise, the defendant is without sufficient information to either admit or deny the remainder of the allegations contained in this paragraph.

10. Admitted that the plaintiff and his wife received, among other documents, the documents listed in this paragraph as subparagraphs 1, 2, 3 and 5. Admitted that the plaintiff and his wife received notices of right to cancel as stated in subparagraph 4 but denied that Exhibit A is a copy of the notices provided.

11. Admitted that the transaction was subject to the right to cancel. Otherwise, the defendant makes no answer to the allegations contained in this paragraph insofar as said paragraph states conclusions of law and not factual allegations. If it should be determined that a responsive pleading is required to this paragraph, then the allegations contained in it are denied. Further answering, the defendant asserts that 12 C.F.R. §226.23 speaks for itself.

12. Denied.

13. Denied.

14. Admitted that a notice of rescission was sent to Argent. Otherwise, denied.

15. The defendant hereby incorporates its answers to paragraphs 1 through 14, above, as if set forth in full herein.

16. Denied.

17. The defendant makes no answer to the allegations contained in this paragraph insofar as said paragraph states conclusions of law and not factual allegations. If it should be determined that a responsive pleading is required to this paragraph, then the allegations contained in it are denied.

18. Denied.

## FIRST AFFIRMATIVE DEFENSE

The plaintiff's Complaint fails to state a cause of action under 15 U.S.C. §1635 and §1640.

## SECOND AFFIRMATIVE DEFENSE

The defendant affirmatively pleads the statute of limitations as a bar to the

within action.

THIRD AFFIRMATIVE DEFENSE

The defendant affirmatively pleads estoppel as a bar to the within action.

FOURTH AFFIRMATIVE DEFENSE

The defendant affirmatively pleads laches as a bar to the within action.

FIFTH AFFIRMATIVE DEFENSE

The defendant affirmatively pleads that if any violation of the Truth in Lending Act occurred in connection with the subject transaction, it was unintentional and the result of a bona fide error.

WHEREFORE, defendant Argent Mortgage Company LLC demands that the plaintiff's Complaint be dismissed and that the defendant be awarded its costs related thereto.

ARGENT MORTGAGE COMPANY LLC
By its Attorneys,
CARROLL KELLY & MURPHY

/s/Patricia A. Buckley
PATRICIA A. BUCKLEY #2987
One Turks Head Plaza, Suite 400
Providence, Rhode Island 02903
(401) 331-7272
(401) 331-4404
pbuckley@ckmlaw.com

**THE DEFENDANT HEREBY DEMANDS TRIAL BY JURY**

CERTIFICATION

I hereby certify that on August 10, 2006, a true copy of the within document was filed electronically and is available for viewing and downloading from the ECF system and that Christopher M. Lefebvre, Esq., Lefeblaw@aol.com, will receive notice through the ECF system.

/s/Patricia A. Buckley