JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG - 8 2006

FILED
CLERK'S OFFICE

***DOCKET NO. 1715***

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-6)***

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 66 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-6 - TAG-ALONG ACTIONS
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CONNECTICUT | |
| CT 3 06-1140 | Joy Mangene, et al. v. Ameriquest Mortgage Co. |
| GEORGIA NORTHERN | |
| GAN 4 06-133 | Dean D. Hines, et al. v. Ameriquest Mortgage Co. |
| ILLINOIS SOUTHERN | |
| ILS 3 06-407 | Daniel Sutton, et al. v. Ameriquest Mortgage Co., et al. |
| ILS 3 06-423 | Mary Ann Horne, et al. v. Ameriquest Mortgage Co., et al. |
| INDIANA NORTHERN | |
| INN 2 06-175 | Terry A. Bothwell, et al. v. Ameriquest Mortgage Co., et al. |
| INN 2 06-189 | William B. Miller, et al. v. Ameriquest Mortgage Co., et al. |
| INDIANA SOUTHERN | |
| INS 1 06-695 | Mary Harless v. Ameriquest Mortgage Co. |
| INS 1 06-785 | Randall G. Smith, et al. v. Ameriquest Mortgage Co., et al. |
| MICHIGAN EASTERN | |
| MIE 1 06-12466 | Mike A. Kukla v. Ameriquest Mortgage Co., et al. |
| MIE 2 06-12477 | Mark Lehr, et al. v. Ameriquest Mortgage Co., et al. |
| MIE 2 06-12673 | Beverly Childres v. Ameriquest Mortgage Co., et al. |
| MIE 2 06-13256 | Keith R. Walsh, et al. v. Ameriquest Mortgage Co., et al. |
| MICHIGAN WESTERN | |
| MIW 1 06-422 | James Scott, III v. Ameriquest Mortgage Co., et al. |
| NEW JERSEY | |
| NJ 3 06-3220 | Rita Farmer v. Ameriquest Mortgage Co., et al. |
| NEW YORK EASTERN | |
| NYE 1 05-5983 | Evelyn Vazquez v. Ameriquest Mortgage Co. |
| RHODE ISLAND | |
| RI 1 06-278 | Alfred E. Davis v. Ameriquest Mortgage Co. ML |
| RI 1 06-283 | Herbert J. Graf, Jr. v. Argent Mortgage Co., LLC S |
| RI 1 06-345 | William Meehan, et al. v. Ameriquest Mortgage Co. ML |
| WISCONSIN EASTERN | |
| WIE 2 06-654 | Suzette Addison v. Ameriquest Mortgage Co., et al. |

# INVOLVED JUDGES LIST (CTO-6)
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

Hon. Marvin E. Aspen
Senior U.S. District Judge
2578 Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Marianne O. Battani
U.S. District Judge
United States District Court
231 W. Lafayette Blvd.
Room 277
Detroit, MI 48226

Hon. Robert H. Bell
Chief Judge, U.S. District Court
602 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal Bldg. & U.S. Courthouse,
402 E. State Street
Trenton, NJ 08608

Hon. Nancy G. Edmunds
U.S. District Judge
211 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Mary M. Lisi
U.S. District Judge
310 John O. Pastore Federal Bldg.
Two Exchange Terrace
Providence, RI 02903

Hon. Rudy J. Lozano
U.S. District Judge
5400 Federal Plaza
Suite 4300
Hammond, IN 46320

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Harold L. Murphy
U.S. District Judge
P.O. Drawer 53
Rome, GA 30162-0053

Hon. Gerald E. Rosen
U.S. District Judge
730 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Philip Peter Simon
U.S. District Judge
5400 Federal Plaza
Suite 4200
Hammond, IN 46320

Hon. William E. Smith
U.S. District Judge
United States District Court
412 Federal Building & United States Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. J.P. Stadtmueller
U.S. District Judge
471 U.S. Courthouse & Federal Bldg.
517 East Wisconsin Avenue
Milwaukee, WI 53202

Hon. William D. Stiehl
Senior U.S. District Judge
P.O. Box 249
E. St. Louis, IL 62202

Hon. Alvin W. Thompson
U.S. District Judge
Abraham Ribicoff Federal Building & U.S. Courthouse
450 Main Street
Hartford, CT 06103

Hon. John Daniel Tinder
U.S. District Judge
304 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Sandra L. Townes
U.S. District Judge
United States District Court
546 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11202