# SCHEDULE CTO-6 - TAG-ALONG ACTIONS
# DOCKET NO. 1715
# IN RE AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| CONNECTICUT | |
| CT 3 06-1140 | Joy Mangene, et al. v. Ameriquest Mortgage Co. |
| GEORGIA NORTHERN | |
| ~~GAN 4 06-133~~ | ~~Dean D. Hines, et al. v. Ameriquest Mortgage Co.~~ Opposed 8/23/06 |
| ILLINOIS SOUTHERN | |
| ILS 3 06-407 | Daniel Sutton, et al. v. Ameriquest Mortgage Co., et al. |
| ILS 3 06-423 | Mary Ann Horne, et al. v. Ameriquest Mortgage Co., et al. |
| INDIANA NORTHERN | |
| INN 2 06-175 | Terry A. Bothwell, et al. v. Ameriquest Mortgage Co., et al. |
| INN 2 06-189 | William B. Miller, et al. v. Ameriquest Mortgage Co., et al. |
| INDIANA SOUTHERN | |
| INS 1 06-695 | Mary Harless v. Ameriquest Mortgage Co. |
| INS 1 06-785 | Randall G. Smith, et al. v. Ameriquest Mortgage Co., et al. |
| MICHIGAN EASTERN | |
| MIE 1 06-12466 | Mike A. Kukla v. Ameriquest Mortgage Co., et al. |
| MIE 2 06-12477 | Mark Lehr, et al. v. Ameriquest Mortgage Co., et al. |
| MIE 2 06-12673 | Beverly Childres v. Ameriquest Mortgage Co., et al. |
| MIE 2 06-13256 | Keith R. Walsh, et al. v. Ameriquest Mortgage Co., et al. |
| MICHIGAN WESTERN | |
| ~~MIW 1 06-422~~ | ~~James Scott, III v. Ameriquest Mortgage Co., et al.~~ Opposed 8/24/06 |
| NEW JERSEY | |
| NJ 3 06-3220 | Rita Farmer v. Ameriquest Mortgage Co., et al. |
| NEW YORK EASTERN | |
| ~~NYE 1 05-5983~~ | ~~Evelyn Vazquez v. Ameriquest Mortgage Co.~~ Opposed 8/21/08 |
| RHODE ISLAND | |
| RI 1 06-278 | Alfred E. Davis v. Ameriquest Mortgage Co. |
| RI 1 06-283 | Herbert J. Graf, Jr. v. Argent Mortgage Co., LLC |
| RI 1 06-345 | William Meehan, et al. v. Ameriquest Mortgage Co. |
| WISCONSIN EASTERN | |
| WIE 2 06-654 | Suzette Addison v. Ameriquest Mortgage Co., et al. |